IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                      Plaintiff, )<br>                              )<br>      v.                            )<br>                              )<br>$890,718.00 IN U.S. CURRENCY, )<br>                      Defendant. ) | No. 1:03CV00263 |

### ORDER AND JUDGMENT

For the reasons discussed in the Findings of Fact and Conclusions of Law filed contemporaneously herewith, IT IS ORDERED, ADJUDGED AND DECREED that the Defendant Currency totaling $890,718.00 is forfeited to the United States of America pursuant to 21 U.S.C. § 881 and 18 U.S.C. § 981, and no right, title or interest in the property shall exist in any other party, named or unnamed.

This, the 25th day of May, 2006.

                                                      /s/ James A. Beaty
                                                      United States District Judge